Submitted on record and briefs March 16, reversed and remanded with instructions April 6, 1983

## STATE OF OREGON,
*Respondent,*

*v.*

## LARRY G. REID,
*Appellant.*

(CR 82-489; CA A26222)

660 P2d 1099

R. Michael Ross, Monmouth, filed the brief for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Robert E. Barton, Assistant Attorney General, Salem, filed the brief for respondent.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

**PER CURIAM**

This is a criminal case in which defendant was convicted of driving while his operator's license was suspended. ORS 487.560. On appeal, his sole assignment of error is that the trial court erred in denying his motion to suppress certain evidence. The state concedes error on this point.

Reversed and remanded with instructions to grant defendant's motion to suppress.